UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

                                    Criminal No. 13-cr-26-01-JL

        v.

Eli Marcel Velazquez-Ortiz

                            O R D E R

        The assented to motion to reschedule jury trial (document no.
14) filed by defendant is granted. The court would be grateful for
frequent updates. Final Pretrial is rescheduled to August 23, 2013
at 11:00 AM; Trial is continued to the two-week period beginning
September 4, 2013, 9:30 AM. In addition to various filing deadlines
contained in the local rules, the parties shall also file any in
limine motions no later than ten (10) days prior to the final pretrial
conference.  Objections to motions in limine shall be filed no later
than three (3) days prior to the final pretrial conference.

        Defendant shall file a waiver of speedy trial rights within 10
days.  The court finds that the ends of justice served by granting
a continuance outweigh the best interest of the public and the
defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the
reasons set forth in the motion.

        SO ORDERED.

                            _____
                            Joseph N. Laplante
                            Chief Judge

Date: June 10, 2013

cc:  Jeffrey S. Levin, Esq.
     Mark S. Zuckerman, Esq.
     U.S. Marshal
     U.S. Probation